UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Anthony Jones

   v.                                              Case No. 17-cv-259-SM

FCI Berlin, Warden

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 7, 2017, for the reasons set forth therein. Mr. Jones' Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is hereby dismissed in its entirety for lack of subject matter jurisdiction.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

So Ordered.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
United States Magistrate Judge

Date: December 29, 2017

cc: Anthony Jones, pro se